UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BOSS EXOTICS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:20-CV-01835-X |
| | § | |
| CROSTA AND PARTNERS, LLC, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is a Motion to Withdraw filed by counsel for the plaintiff [Doc. No. 9]. "An attorney may withdraw from representation only upon leave of the court and a showing of good cause and reasonable notice to the client."[1] The Court has discretion to grant withdrawal if it finds that the attorney has shown good cause and reasonable notice,[2] based on "the facts and circumstances of the case."[3] "[I]t is incumbent on the court to assure that the prosecution of [a] lawsuit before it is not disrupted by the withdrawal of counsel . . . ."[4]

According to the Motion to Withdraw, cooperation between the plaintiff and its lawyer broke down, and counsel now wishes to withdraw because "[t]he

---

[1] *In re Matter of Wynn*, 889 F.2d 644, 646 (5th Cir. 1989).

[2] *Id*.

[3] *Augustson v. Linea Aerea Nacional-Chile S.A.*, 76 F.3d 658, 663 (5th Cir. 1996).

[4] *Broughten v. Voss*, 634 F.2d 880, 882 (5th Cir. 1981); *see also Praetorian Special Ins. Co. v. Pelican Enters., LLC*, 2010 WL 11678696, at *1 (S.D. Tex. Nov. 12, 2010) (expressing concern that granting withdrawal and leaving plaintiff unrepresented meant they "might be prejudiced as a result").

representation has been rendered unreasonably difficult . . . ."[5]  However, counsel states that the plaintiff has not found a succeeding attorney yet.[6]

It is settled law that in federal court, corporations must be represented by counsel.[7]  The Court is not willing to allow withdrawal of the plaintiff's counsel before it acquires new representation.  When that occurs, the plaintiff's current counsel may once again move to withdraw.  Accordingly, the Court **DENIES WITHOUT PREJUDICE** the Motion to Withdraw.

**IT IS SO ORDERED** this 1st day of June, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[5] Doc. No. 9 at 2.

[6] *Id.* at 3.

[7] *Rowland v. Cal. Men's Colony*, 506 U.S. 194, 201–02 (1993).